# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOSEPH THOMAS,** | } | |
| Plaintiff, | } } } | |
| v. | } } | Case No. 2:13-CV-00912-RDP-JEO |
| **MARSHALL COUNTY SHERIFF'S OFFICE, et al.,** | } } } | |
| Defendants. | } | |

## ORDER OF DISMISSAL

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE** for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).

**DONE** and **ORDERED** this ___13th___ day of December, 2013.

_____
R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE